| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and Address): | Telephone No.: 619-232-1717 | FOR COURT USE ONLY |
|---|---|---|
| Stephen G. Recordon (SBN 91401)<br>Recordon & Recordon<br>225 Broadway, Suite 1900<br>San Diego, CA 92101 | | |
| ATTORNEY FOR (NAME): Plaintiff | Ref. No. or File No.<br>Weaver | |

Insert name of court, judicial district or branch court, if any:

United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101

PLAINTIFF:
Denison Weaver

DEFENDANT
CACH, LLC and Neuheisel Law Firm, PC

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV | CASE NUMBER<br>13cv0577-GPC-BLM |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; COMPLAINT FOR VIOLATIONS OF THE FEDERAL FAIR DEBT COLLECTION PACTICES ACT, THE ROSENTHAL ACT AND CALIFORNIA PENAL CODE 630 ET SEQ.

ON: CACH, LLC
AT: Agent: The Corporation Company, 1675 Broadway, Suite 1200
Denver, CO 80202

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 3/20/2013 10:12:00 AM
PERSON SERVED: Emily Barnhardt - Person Authorized to Accept for Agent, The Corporation Company

FEE FOR SERVICE: $165.00

Not a Registered California Process Server
County:
Registration No.
American Messenger Service, Inc.
2870 4th Avenue, Suite 102
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Friday, March 22, 2013**

Signature: _____
Ryan Johnston

PROOF OF SERVICE                                326787

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13cv0577-GPC-BLM                                   Date Issued:    3/12/13

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CACH, LLC**
was received by me on *(date)* **3/18/2013**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Emily Barnhardt**, who is designated by law to accept service of process on behalf of *(name of organization)* **Agent, The Corporation Company** on *(date)* **3/20/2013 at 10:12am** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **3/21/2013**

*Server's signature*

**Ryan Johnston**
*Printed name and title*

**2670 4th Ave, Suite 102
San Diego, CA 92103**
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

Denison Weaver

*Plaintiff*

v.

Cach, LLC and Neuheisel Law Firm, PC

*Defendant*

Civil Action No. 13cv0577-GPC-BLM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen G. Recordon
225 Broadway, Suite 1900
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

W. Samuel Hamrick, Jr.
*CLERK OF COURT*

Date: 3/12/13

S/ D. Gilbert
*Signature of Clerk or Deputy Clerk*

