TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendants CACH, LLC
and Neuheisel Law Firm, P.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISON WEAVER,<br><br>                    Plaintiff,<br><br>vs.<br><br>CACH, LLC and NEUHEISEL LAW FIRM, PC,<br><br>                    Defendants. | Case No. 13CV0577 GPC BLM<br><br>**ANSWER OF DEFENDANT NEUHEISEL LAW FIRM, P.C. TO THE COMPLAINT** |

Defendant Neuheisel Law Firm, P.C. ("Defendant") for itself and for no other defendants, answers Plaintiff's Complaint as follows:

**INTRODUCTION**

1. Answering paragraph 1 of the Complaint, Defendant states that Paragraph 1 appears to be merely descriptive of Plaintiff's claim and Plaintiff's

interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

2. Answering paragraph 2 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations contained therein.

3. Answering paragraph 3 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations contained therein.

4. Answering paragraph 4 of the Complaint, Defendant denies the allegations contained therein.

## JURISDICTION AND VENUE

5. Answering paragraph 5 of the Complaint, Defendant does not dispute the jurisdiction of this Court in this matter.

6. Answering paragraph 6 of the Complaint, Defendant denies the allegations contained therein.

7. Answering paragraph 7 of the Complaint, Defendant does not dispute that this Court has personal jurisdiction over it but denies the remaining allegations.

8. Answering paragraph 8 of the Complaint, Defendant does not dispute venue in this matter.

## PARTIES

9. Answering paragraph 9 of the Complaint, Defendant admits the allegations contained therein.

10. Answering paragraph 10 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations contained therein.

11. Answering paragraph 11 of the Complaint, Defendant admits the

allegations contained therein.

12. Answering paragraph 12 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations contained therein.

13. Answering paragraph 13 of the Complaint, Defendant admits the allegations contained therein.

14. Answering paragraph 14 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations contained therein.

15. Answering paragraph 15 of the Complaint, Defendant admits the allegations contained therein.

16. Answering paragraph 16 of the Complaint, Defendant admits the allegations contained therein.

17. Answering paragraph 17 of the Complaint, Defendant admits the allegations contained therein.

## FACTS COMMON TO ALL CAUSES OF ACTION

18. Answering paragraph 18 of the Complaint, Defendant admits the allegations contained therein.

19. Answering paragraph 19 of the Complaint, Defendant admits the allegations contained therein.

20. Answering paragraph 20 of the Complaint, Defendant admits that the State Court Complaint alleges that the original creditor was HSBC Consumer Lending USA, Inc. and alleges causes of action for breach of contract, account stated and money lent paid or expended and further sought attorney's fees in the lawsuit. Defendant denies the remaining allegations.

21. Answering paragraph 21 of the Complaint, Defendant denies the allegations contained therein.

22. Answering paragraph 22 of the Complaint, Defendant denies the

-3-

allegations contained therein.

23. Answering paragraph 23 of the Complaint, Defendant denies the allegations contained therein.

24. Answering paragraph 24 of the Complaint, Defendant denies the allegations therein.

25. Answering paragraph 25 of the Complaint, Defendant denies the allegations contained therein.

26. Answering paragraph 26 of the Complaint, Defendant denies the allegations contained therein.

27. Answering paragraph 27 of the Complaint, Defendant denies the allegations contained therein.

28. Answering paragraph 28 of the Complaint, Defendant denies the allegations contained therein.

29. Answering paragraph 29 of the Complaint, Defendant denies the allegations contained therein.

30. Answering paragraph 30 of the Complaint, Defendant denies the allegations contained therein.

31. Answering paragraph 31 of the Complaint, Defendant denies the allegations contained therein.

32. Answering paragraph 32 of the Complaint, Defendant denies the allegations contained therein.

33. Answering paragraph 33 of the Complaint, Defendant denies the allegations contained therein.

34. Answering paragraph 34 of the Complaint, Defendant states that Paragraph 34 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

35. Answering paragraph 35 of the Complaint, Defendant states that Paragraph 35 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

36. Answering paragraph 36 of the Complaint, Defendant denies the allegations contained therein.

37. Answering paragraph 37 of the Complaint, Defendant denies the allegations contained therein.

38. Answering paragraph 38 of the Complaint, Defendant denies the allegations contained therein.

39. Answering paragraph 39 of the Complaint, Defendant states that Paragraph 39 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

40. Answering paragraph 40 of the Complaint, Defendant denies the allegations contained therein.

41. Answering paragraph 41 of the Complaint, Defendant denies the allegations contained therein.

42. Answering paragraph 42 of the Complaint, Defendant admits the allegations contained therein.

43. Answering paragraph 43 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations contained therein.

44. Answering paragraph 44 of the Complaint, Defendant denies the allegations contained therein.

45. Answering paragraph 45 of the Complaint, Defendant denies the

1 | allegations contained therein.

2 |   46. Answering paragraph 46 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations contained therein.

  47. Answering paragraph 47 of the Complaint, Defendant denies the allegations contained therein.

  48. Answering paragraph 48 of the Complaint, Defendant denies the allegations contained therein.

  49. Answering paragraph 49 of the Complaint, Defendant denies the allegations contained therein.

  50. Answering paragraph 50 of the Complaint, Defendant denies the allegations contained therein.

  51. Answering paragraph 51 of the Complaint, Defendant denies the allegations contained therein.

  52. Answering paragraph 52 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations contained therein.

  53. Answering paragraph 53 of the Complaint, Defendant denies the allegations contained therein.

  54. Answering paragraph 54 of the Complaint, Defendant denies the allegations contained therein.

  55. Answering paragraph 55 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations contained therein.

  56. Answering paragraph 56 of the Complaint, Defendant denies the allegations contained therein.

  57. Answering paragraph 57 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained

ANSWER OF NEUHEISEL TO COMPLAINT   13CV0577 GPC BLM

LAW OFFICES OF TIMOTHY P. JOHNSON

therein, and on that basis denies the allegations contained therein.

58. Answering paragraph 58 of the Complaint, Defendant denies the allegations contained therein.

59. Answering paragraph 59 of the Complaint, Defendant denies the allegations contained therein.

60. Answering paragraph 60 of the Complaint, Defendant denies the allegations contained therein.

61. Answering paragraph 61 of the Complaint, Defendant denies the allegations contained therein.

62. Answering paragraph 62 of the Complaint, Defendant states that Paragraph 62 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

63. Answering paragraph 63 of the Complaint, Defendant admits that it sought to use the written testimony at trial pursuant to California Code of Civil Procedure §98 and denies the remaining allegations.

64. Answering paragraph 64 of the Complaint, Defendant states that Paragraph 64 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

65. Answering paragraph 65 of the Complaint, Defendant admits the allegations contained therein.

66. Answering paragraph 66 of the Complaint, Defendant admits that it served the identified documents and denies the remaining allegations.

67. Answering paragraph 67 of the Complaint, Defendant admits that it served the identified documents and denies the remaining allegations.

68. Answering paragraph 68 of the Complaint, Defendant admits the allegations contained therein.

69. Answering paragraph 69 of the Complaint, Defendant denies each and every allegation therein.

70. Answering paragraph 70 of the Complaint, Defendant denies the allegations contained therein.

71. Answering paragraph 71 of the Complaint, Defendant admits the allegations contained therein.

72. Answering paragraph 72 of the Complaint, Defendant admits the allegations contained therein.

## ALLEGATIONS SPECIFIC TO CERTAIN CAUSES OF ACTION

### FIRST CLAIM FOR RELIEF

**(Violations of the FDCPA by CACH Neuheisel)**

73. Answering paragraph 73 of the Complaint, Defendant repeats, re-alleges, and incorporates by reference the denials and responses set forth above.

74. Answering paragraph 74 of the Complaint, Defendant denies the allegations contained therein.

75. Answering paragraph 75 of the Complaint, Defendant denies the allegations contained therein.

### SECOND CLAIM FOR RELIEF

**(Violations of the Rosenthal Act by CACH)**

76. Answering paragraph 76 of the Complaint, Defendant repeats, re-alleges, and incorporates by reference the denials and responses set forth above.

77. Answering paragraph 77 of the Complaint, Defendant denies the allegations contained therein.

78. Answering paragraph 78 of the Complaint, Defendant denies the allegations contained therein.

79. Answering paragraph 79 of the Complaint, Defendant denies the

ANSWER OF NEUHEISEL TO COMPLAINT                                   13CV0577 GPC BLM

allegations contained therein.

80. Answering paragraph 80 of the Complaint, Defendant denies the allegations contained therein.

81. Answering paragraph 81 of the Complaint, Defendant denies the allegations contained therein.

### THIRD CLAIM FOR RELIEF

**(Claim for Invasion of Privacy pursuant to California Penal Code §630 et seq. by all named Defendants)**

82. Answering paragraph 82 of the Complaint, Defendant repeats, re-alleges, and incorporates by reference the denials and responses set forth above.

83. Answering paragraph 83 of the Complaint, Defendant states that Paragraph 83 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

84. Answering paragraph 84 of the Complaint, Defendant states that Paragraph 84 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

85. Answering paragraph 85 of the Complaint, Defendant states that Paragraph 85 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of this Defendant, it denies the allegations contained therein.

86. Answering paragraph 86 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations contained therein.

87. Answering paragraph 87 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations contained therein.

88. Answering paragraph 88 of the Complaint, Defendant denies the allegations contained therein.

89. Answering paragraph 89 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations contained therein.

90. Answering paragraph 90 of the Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations contained therein.

91. Answering paragraph 91 of the Complaint, Defendant denies the allegations contained therein.

92. Answering paragraph 92 of the Complaint, Defendant denies the allegations contained therein.

93. Answering paragraph 93 of the Complaint, Defendant denies the allegations contained therein.

## FIRST AFFIRMATIVE DEFENSE

**(Failure to State Cause of Action)**

The Complaint and each cause of action contained therein fails to state facts sufficient to constitute causes of action as to this Defendant.

## SECOND AFFIRMATIVE DEFENSE

**(Statute of Limitations)**

On information and belief, the Complaint and each cause of action contained therein is barred by the applicable statute of limitations.

///

///

### THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

On information and belief, at all times material herein, Plaintiff failed and neglected to mitigate his damages, so as to reduce and/or diminish his claim.

### FOURTH AFFIRMATIVE DEFENSE

### (Laches)

Defendant is informed and believe and on such basis allege that Plaintiff has committed laches and that each and every cause of action within the Complaint should fail because Plaintiff has inexcusably and unreasonably delayed the commencement of his action against Defendant and is estopped from asserting his actions as a result thereof.

### FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

On information and belief, Plaintiff's claims against Defendant are expressly barred as a result of Plaintiff's unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

### (Bona Fide Error)

Any violations of law, if any occurred, resulted from a bona fide error despite the maintenance of procedures reasonably adopted to avoid any such error.

### SEVENTH AFFIRMATIVE DEFENSE

### (Actions Were Privileged and Justified)

Plaintiff's claims are barred in all or in part because the alleged statements, conduct and assertions of Defendant was privileged and justified by statute and by common law.

WHEREFORE, Defendant prays for judgment as follows:

1. Plaintiff take nothing by reason of the complaint;

2. Defendant be dismissed with prejudice;

3. For costs of suit incurred herein;

4. For reasonable attorney's fees incurred herein; and

5. For such other relief as the Court deems just and proper.

Dated: April 24, 2013

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By: /s/ Timothy Johnson
TIMOTHY P. JOHNSON
Attorneys for Defendants CACH, LLC
and Neuheisel Law Firm, P.C.

*Weaver v. CACH, LLC et al.*
<u>USDC, Case No. 13CV0577 GPC BLM</u>

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, CA 92705.

On April 24, 2013, I served a true copy of **ANSWER OF NEUHEISEL LAW FIRM, P.C. TO THE COMPLAINT** on all interested parties in this action by:

[ ]  By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ ]  By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

[ ]  By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[X]  By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

Stephen G. Recordon, Esq.           Clinton Rooney, Esq.
RECORDON & RECORDON            225 Broadway, Suite 1900
225 Broadway, Suite 1900              San Diego, CA 92101
San Diego, CA 92101

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on April 24, 2013 at Santa Ana, California.

　　　　　　　　　　　　　　　　　　/s/Timothy Johnson
　　　　　　　　　　　　　　　　　　TIMOTHY P. JOHNSON